IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

BRUNSON ROBERTS
ADC # 127841                                                                                    PLAINTIFF

v.                                              2:07CV00022 SWW

RAY HOBBS, *et al.*
DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young and Plaintiff's objections.[1] After carefully considering Plaintiff's objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Complaint (docket entry #1) IS DISMISSED with prejudice; and

2. Plaintiff's Motion for a Preliminary Injunction (docket entry #2) is DENIED.

DATED this 21st day of March 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] In his Amended Complaint/Objections [docket entry 14], plaintiff references documents having to do with his unsuccessful attempt to file a petition for writ of mandamus with the Arkansas Supreme Court. It appears that plaintiff attached those documents to his objections in another case, 2:06cv222. *See* docket entry 42 in Case No. 2:06cv222. The Court has reviewed those documents in connection with plaintiff's objections in the case before it, 2:07cv22. The Court denies plaintiff's motion to amend his complaint. *See* docket entry 14.